1  TIMOTHY S. CORY, ESQ.
   FEDERAL BANKRUPTCY TRUSTEE
2  Nevada Bar No. 1972
   8831 W. Sahara Ave
3  Las Vegas, Nevada  89117
   Telephone: (702) 388-1996
4  tim.cory@corylaw.us

RECEIVED AND FILED

DEC 20  11 25 AM '11

U.S. ...
MARY ... CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) | CHAPTER 7 BANKRUPTCY |
| | ) | CASE NO.: BK-S-07-14715-MKN |
| CLIFFORD, DEANNA S. | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |
| Debtor(s). | ) | DATE: N/A |
| | ) | TIME: N/A |

TO:     *CLERK, UNITED STATES BANKRUPTCY COURT*

FROM:   *TIMOTHY S. CORY, TRUSTEE*

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $172.93 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: December 20, 2011

_____
TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

Receipt # 205890    $172.93

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---------|--------------------|------------|------------|
| 14 | Sunrise Hospital<br>PO Box 99008<br>Bedford, TX 76096 | | $172.93 |

Total: $172.93

EXHIBIT A