1  TIMOTHY S. CORY, ESQ.
   FEDERAL BANKRUPTCY TRUSTEE
2  Nevada Bar No. 1972
   10785 W. Twain Ave.
3  Las Vegas, Nevada 89135
   Telephone: (702) 870-6060
4  tcory@djplaw.com

RECEIVED & FILED

APR 25  11 20 AM '12

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | ) | CHAPTER 7 BANKRUPTCY |
|---|---|---|
|  | ) | CASE NO.: BK-S-07-14715-MKN |
| CLIFFORD, DEANNA S. | ) |  |
|  | ) | **NOTICE OF UNCLAIMED FUNDS** |
|  | ) |  |
| Debtor(s). | ) | DATE: N/A |
|  | ) | TIME: N/A |

**TO:**   **CLERK, UNITED STATES BANKRUPTCY COURT**

**FROM:**  **TIMOTHY S. CORY, TRUSTEE**

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $170.34 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: April 20, 2011

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

207806 - $170.34


| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 8 | Chase Cardmember Services<br>PO Box 9001074<br>Louisville, KY 40290 | | $170.34 |

Total: $170.34

EXHIBIT A